IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRAINARD E. BIVENS**                                                       **PLAINTIFF**

v.                     CASE NO. 5:18-CV-00244 BSM

**RICHARD TURNER, Jefferson
County DHS Administration, et al.**                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 6th day of February 2020.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE